UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Deonte Draughn, et al.,

    Defendants.

_____/

Misc No. 25-MC-51369

Honorable Jonathan J.C. Grey

## MOTION TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Jerome F. Gorgon Jr., United States Attorney, and Jeanine Brunson, Assistant United States Attorney both for the Eastern District of Michigan, and respectfully requests that Search Warrant, Docket Entry No. 25-MC-51369-02 filed December 29, 2025, in the above-entitled cause be unsealed for the following reasons:

1. The named defendants, Deonte Draughn and Fernando Jefferson, have been arrested on a criminal complaint and the search warrant has been executed.

**WHEREFORE,** the government respectfully requests that said document in this cause be unsealed.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Jeanine Brunson*
Jeanine Brunson  P55429
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
jeanine.brunson@usdoj.gov
(313) 226-9597

Dated:  January 8, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Deonte Draughn, et al.,

    Defendants.

_____/

Misc No. 25-MC-51369

Honorable Jonathan J.C. Grey

## ORDER TO UNSEAL

For the reasons stated in the government's motion, it is ordered that the Search Warrant, Docket Entry No. 25-MC-51369-02 filed December 29, 2025, in the above-entitled cause be unsealed.

**SO ORDERED**.

DATED: January 8, 2026

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager